# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**JOHN WOODS,**
**Plaintiff,**

      vs.　　　　　　　　　　　Case Number: **09-2195**

**DOCTOR BASHIR AMEJI, TERRY FUEYO,**
**R. SCHAFFER, MARY MILLER, and**
**WEXFORD, INC.,**
**Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff. This lawsuit is terminated in its entirety. The parties are to bear their own costs.

**Dated:** February 16, 2011.

                                                 s/ Pamela E. Robinson
                                               Pamela E. Robinson
                                               Clerk, U.S. District Court